IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 5
3:41
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ROBERT REISTER (01) | 4-14CR-097-Y |

### INFORMATION

The United States Attorney Charges:

#### Count One
Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about September 5, 2013, in the Fort Worth Division of the Northern District of Texas, defendant **Robert Reister** knowingly possessed matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Reister** possessed a Toshiba laptop computer containing the following described video file visually depicting a prepubescent minor engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minor, as defined in 18 U.S.C. § 2256:

Information – Page 1

| File name | Description of the file |
|---|---|
| 9yo_jenny_nylons.avi | Video file depicting the penis of an adult male penetrating the mouth of a nude prepubescent female whose legs are bound with yellow rope. The video also depicts the adult male digitally penetrating the minor's genitalia. |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov