# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES** § | |
| § | |
| **V.** § | **CASE NO. 4:14-CR-00097-Y** |
| § | |
| **ROBERT REISTER** § | |

## ENTRY OF APPEARANCE OF COUNSEL

COMES NOW the undersigned attorney, J. Craig Jett and enters his appearance as retained counsel for the Defendant in this case.

Respectfully submitted,

*/s/ J. Craig Jett*
J. Craig Jett
State Bar No. 10660750
Founders Square
900 Jackson Street
Suite 330
Dallas, Texas 75202
Phone: 214-871-4900
Fax: 214-871-7677
Email: jcj@bp-g.com
Attorney for Defendant
Robert Reister

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Entry of Appearance of Counsel was served upon the attorney for the government, AUSA Aisha Saleem by means of the court's ECF system on this 8th day of May, 2014.

*/s/ J. Craig Jett*
J. Craig Jett